IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,

        Plaintiff,                    No. CIV S-07-0658 DFL CMK P

    vs.

TESS D. POLING, et al.,

        Defendants.              <u>ORDER</u>

                         /

        By order filed April 23, 2007, the court granted plaintiff thirty days to submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee. On May 10, 2007, petitioner filed a letter with the court stating that he was without funds and that he had submitted the affidavit forms to the trust office at High Desert State Prison, but the office had not yet sent out the forms.

///
///
///
///
///
///

1

IT IS ORDERED that:

1. Plaintiff is granted an additional thirty days from the date this order is filed to file his affidavit in support of his request to proceed in forma pauperis.

2. Plaintiff is required to notify the court if he experiences further problems with prison officials completing the necessary forms.

DATED: May 15, 2007.

*[signature]*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE