IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,   No. CIV S-07-0658-RRB-CMK-P

    Plaintiff,

  vs.   ORDER

TESS D. POLING, et al.,

    Defendants.

                                /

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 9). Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

       A review of the docket reflects that plaintiff has filed two amended complaints since the original complaint was filed on April 5, 2007. Plaintiff filed a first amended complaint on April 18, 2007. Plaintiff filed a second amended complaint on May 14, 2007. The Federal Rules of Civil Procedure provide that a party may amend his or her pleading ". . . once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). By filing his first amended complaint, plaintiff has already availed himself of his ability to amend

once as of right. However, rather than striking plaintiff's May 15, 2007, second amended complaint for failure to obtain leave of court, plaintiff will be provided the opportunity to elect which amended complaint he wishes to be the operative pleading in this action. Plaintiff is cautioned that failure to comply with this order may result in dismissal of the entire action. <u>See</u> Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis is granted;

2. Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

3. No initial partial filing fee will be assessed pursuant to 28 U.S.C. § 1915(b)(1);

4. Plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2); and

5. Within 30 days of the date of this order plaintiff shall file a notice with the court electing whether he wishes to proceed on the April 18, 2007, first amended complaint or the May 15, 2007, second amended complaint.

DATED: June 18, 2007.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2