IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BROWNLEE, | No. CIV S-07-0658-RRB-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| TESS D. POLING, et al., | |
|     Defendants. | |
| _____ / | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for an extension of time (Doc. 24), filed on March 14, 2008.

      Plaintiff has been granted leave to file a fourth amended complaint by March 17, 2008. Plaintiff now requests a 30-day extension of that deadline. Good cause appearing therefor, the request will be granted. Plaintiff is warned that if he fails to file a fourth amended complaint within the time provided in this order, this case will proceed on his third amended complaint against defendant Poling.

      Accordingly, IT IS HEREBY ORDERED that:

      1.    Plaintiff's motion for an extension of time is granted; and

2. Plaintiff may file a fourth amended complaint within 30 days of the date of service of this order.

DATED: March 26, 2008

```
                                    /s/ Craig M. Kellison
                                    CRAIG M. KELLISON
                                    UNITED STATES MAGISTRATE JUDGE
```