IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BROWNLEE, | No. CIV S-07-0658-RRB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TESS D. POLING, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's second motion for an extension of time (Doc. 26), filed on April 23, 2008.

      Plaintiff has been granted leave to file a fourth amended complaint. Due to difficulties obtaining access to the prison law library to make necessary copies of his complaint, he now requests an additional extension of time in which to file the fourth amended complaint. Good cause appearing therefor, the request will be granted. Plaintiff is warned that if he fails to file a fourth amended complaint within the time provided in this order, this case will proceed on his third amended complaint against defendant Poling.

/ / /

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. Plaintiff's motion for an extension of time is granted; and

3 | 2. Plaintiff may file a fourth amended complaint within 20 days of the date of service of this order.

DATED: April 25, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE