IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE BROWNLEE, | No. CIV S-07-0658-JAM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| TESS D. POLING, et al., | |
| Defendants. | |
| _____/ | |

  Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's fourth amended complaint (Doc. 28). The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. See 28 U.S.C. § 1915A(a).

  Plaintiff claims that his legal mail is being opened outside of his presence. He has submitted his grievance to the prison using the inmate prison grievance system, filing form 602. Reading the complaint broadly as the court must, plaintiff claims he has informed the mail room supervisors of the problems he is encountering regarding his legal mail, but his legal mail continues to be opened outside of his presence.

///

1

The fourth amended complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).[1] If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. The court authorizes service on the following defendant: Tess D. Poling.

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the fourth amended complaint; and

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form(s); and

    d. Two copies of the endorsed fourth amended complaint.

DATED: October 3, 2008

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's fourth amended complaint also names several other defendants who reviewed and denied his 602 inmate appeals. However, as discussed in the findings and recommendations issued separately, plaintiff fails to state a claim against those individuals.

2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,                     No. CIV S-07-0658-JAM-CMK-P

    Plaintiff,

  vs.                                  ORDER

TESS D. POLING, et al.,

    Defendants.

                               /

NOTICE OF SUBMISSION OF DOCUMENTS

    Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__    completed summons form;

    _____    completed USM-285 form(s); and

    _____    copies of the fourth amended complaint.

DATED: _____                      _____
                                                         Plaintiff